■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREA WILLIAMS, Appellant. [869 NYS2d 846] No opinion. Order filed. Concur—Friedman, J.P., Sweeny, McGuire, Renwick and Freedman, JJ.

■ GREGORY EVANS, Respondent, v JOSE G. ALONZO et al., Appellants. [869 NYS2d 846] No opinion. Order filed. Concur—Friedman, J.P., Sweeny, McGuire, Renwick and Freedman, JJ.

■ A.O. TEXTILE INC., Appellant, v SEP PLUS INC. et al., Respondents. [868 NYS2d 892]

Plaintiff failed to establish as a matter of law that defendants either agreed with its statement of the balance of the indebtedness or admitted to owing a lesser amount (*see Herrick, Feinstein v Stamm*, 297 AD2d 477, 478 [2002]). Concur—Friedman, J.P., Sweeny, McGuire, Renwick and Freedman, JJ.